FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411

Attorneys for Defendant
Quest Diagnostics Incorporated

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNAMARIE BEASLEY, | ) |
| | ) Case No. 2:10-CV-01758-RLH-LRL |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER FOR** |
| | ) **DISMISSAL** |
| QUEST DIAGNOSTICS, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

FISHER & PHILLIPS LLP

 /s/ Scott M. Mahoney, Esq.                    /s/ Richard Segerblom, Esq. 
Scott M. Mahoney, Esq.                         Richard Segerblom, Esq.
3800 Howard Hughes Pkwy., Suite 950            700 South Third Street
Las Vegas, NV 89169                            Las Vegas, NV 89101
Attorneys for Defendant                        Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 20, 2011

- 1 -

LasVegas 89161.1